

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00165-CV

| | | |
|---|---|---|
| S & B Consulting Group, LLC, SimpsonBlack Consulting Group, LLC, and Jennifer Simpson Black | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2012-02212) |
| v. | § | June 26, 2014 |
| Cheryl Dietzman d/b/a DS Bader & Associates | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeals filed by Jennifer Simpson Black on behalf of S&B Consulting Group, LLC and SimpsonBlack Consulting Group, LLC should be dismissed but that the appeal filed by Jennifer Simpson Black individually shall continue. It is ordered that the appeals of S&B Consulting Group, LLC and SimpsonBlack Consulting Group, LLC are dismissed for want of jurisdiction.

It is further ordered that the case shall hereafter be styled "Jennifer Simpson Black v. Cheryl Dietzman d/b/a DS Bader & Associates."

SECOND DISTRICT COURT OF APPEALS

PER CURIAM